[No. 11396-8-I. Division One. May 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT B. BURNS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00779-6, Paul D. Hansen, J.,

entered February 4, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, A.C.J., and Swanson, J.